B201 (12/08)

<div style="writing-mode: vertical-lr">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address:<br>_____<br><br>_____<br>**X**<br>Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above. | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Semberecki, Grazyna B**<br>_____<br>Printed Name(s) of Debtor(s) | **X** _/s/ Gina B Semberecki_____ 2/11/2009<br>   Signature of Debtor                                     Date |
| Case No. (if known) _____ | **X** _____<br>   Signature of Joint Debtor (if any)                 Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Semberecki, Grazyna B** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Gina B Semberecki** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6471** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**21W551 North Ave Apt 209**<br>**Lombard, IL**<br>ZIPCODE **60148-6800** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11           Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                             Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)    Page 2

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Semberecki, Grazyna B** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ David J Boersma*                                    2/11/09<br>Signature of Attorney for Debtor(s)                        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                         Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Semberecki, Grazyna B** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X ***/s/ Gina B Semberecki***

Signature of Debtor                                    **Gina B Semberecki**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
**February 11, 2009**
_____
Date

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X ***/s/ David J Boersma***
_____
Signature of Attorney for Debtor(s)

**David J Boersma 06180071
Law Office of David J. Boersma
1776-A S. Naperville Road Suite 200
Wheaton, IL  60189-5843
(630) 653-5000  Fax: (630) 653-5083**

**February 11, 2009**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                              Case No. _____

Semberecki, Grazyna B _____   Chapter **7** _____

                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 1,380.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 2,433.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | $ 323,569.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 542.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 2,514.00 |
| | TOTAL | 54 | $ 1,380.00 | $ 326,002.27 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Semberecki, Grazyna B _____   Chapter **7** _____
                                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 2,433.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **2,433.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 542.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,514.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 529.75 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 2,433.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 323,569.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 323,569.27 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Semberecki, Grazyna B** _____ Case No. _____
                   Debtor(s)                                                                 (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** | **0.00** |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand.** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank.  Access checking account ending 4075.** | | **700.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods as follows: Coffee table; two lamps; mattress; bookcase; vacuum cleaner; toaster; small TV; couch; DVD player; VCR player.** | | **200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous CDs.** | | **10.00** |
| 6. Wearing apparel. | | **Normal and customary wearing apparel.** | | **100.00** |
| 7. Furs and jewelry. | | **Silver rings.** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Office Furniture On Budget, Inc. f/n/a European Art, Inc.** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Semberecki, Grazyna B                                    Case No. _____
_____
            Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Laptop computer; two fax machines | | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) / Cont.

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)                                          Case No. _____
                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,380.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Semberecki, Grazyna B** _____    Case No. _____
                                 Debtor(s)                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand.** | **735 ILCS 5 §12-1001(b)** | **20.00** | **20.00** |
| **JP Morgan Chase Bank.  Access checking account ending 4075.** | **735 ILCS 5 §12-1001(b)** | **700.00** | **700.00** |
| **Household goods as follows: Coffee table; two lamps; mattress; bookcase; vacuum cleaner; toaster; small TV; couch; DVD player; VCR player.** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Miscellaneous CDs.** | **735 ILCS 5 §12-1001(a)** | **10.00** | **10.00** |
| **Normal and customary wearing apparel.** | **735 ILCS 5 §12-1001(a)** | **100.00** | **100.00** |
| **Silver rings.** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Laptop computer; two fax machines** | **735 ILCS 5 §12-1001(b)** | **300.00** | **300.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Semberecki, Grazyna B**
_____    Case No. _____
                Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | $ | $ |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Semberecki, Grazyna B** _____    Case No. _____
       Debtor(s)                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE **Semberecki, Grazyna B**
_____    Case No. _____
Debtor(s)                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-6471 **Illinois Department Of Revenue Bankruptcy Section, Level 7-425 100 W Randolph St Chicago, IL 60601-3218** | | | **2007 State of Illinois personal income taxes.** | | | | **67.00** | **67.00** | |
| ACCOUNT NO. 01-0582078 **Illinois Department Of Revenue Bankruptcy Section, Level 7-425 100 W Randolph St Chicago, IL 60601-3218** | X | | **Fourth quarter 2007 and 2008 sales taxes associated with Office Furniture On Budget, Inc.** | | | | **unknown** | | |
| ACCOUNT NO. 01-0582078 **Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114-0326** | X | | **2007 Federal 941 employee withholding taxes for 4th quarter 2007 and 2008 for employees of European Art, Inc. n/k/a Office Furniture On Budget, Inc.** | | | | **unknown** | | |
| ACCOUNT NO. xxx-xx-6471 **Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114-0326** | | | **2007 Federal personal income taxes.** | | | | **2,216.00** | **2,216.00** | |
| ACCOUNT NO. 4365485-8 **State of Illinois Department Of Employment Security 33 S State Street Chicago, IL 60603-2802** | X | | **State of Illinois unemployment taxes and penalty for 4th quarter 2007.** | | | | **150.00** | **150.00** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,433.00** $ **2,433.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **2,433.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,433.00** $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Semberecki, Grazyna B** _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ABCO Office Furniture**<br>**4121 Rushton St**<br>**Florence, AL  35630-6374** | X | | **Outstanding debts associated with Office Furniture On Budget, Inc..** | X | X | X | **1,632.40** |
| ACCOUNT NO.<br><br>**ABCO Furniture**<br>**C/O Harris Trust And Savings Bank**<br>**36210 Treasury Center**<br>**Chicago, IL  60694-6200** | | | **Assignee or other notification for:**<br>**ABCO Office Furniture** | | | | |
| ACCOUNT NO.<br><br>**Coface Collections North America, Inc.**<br>**For ABCO Office Furniture**<br>**PO Box 8510**<br>**Metairie, LA  70011-8510** | | | **Assignee or other notification for:**<br>**ABCO Office Furniture** | | | | |
| ACCOUNT NO.<br><br>**Coface Collections North America, Inc.**<br>**For ABCO Office Furniture**<br>**3001 Division Street**<br>**Metairie, LA  70002-5854** | | | **Assignee or other notification for:**<br>**ABCO Office Furniture** | | | | |

　**34** continuation sheets attached

Subtotal
(Total of this page) $ **1,632.40**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____     Case No. _____
           Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08 LM 1218**<br><br>**Abdul Kadir Dada & Rukhsana Dada**<br>**2308 Joyce Lane**<br>**Naperville, IL  60564-4403** | | | **Breach of residential lease of 925 Canyon Run Road, Naperville, IL 60565.  Debtor states that no amount is owed landlord as the landlord has retained a security deposit in excess of $7,000. Court judgment entered 4/24/08.**<br>**Subject to Setoff** | X | X | X | 1,399.00 |
| ACCOUNT NO.<br><br>**AFLAC**<br>**C/O Joanna Nasca**<br>**303 W Erie St Ste 400**<br>**Chicago, IL  60654-3972** | X | | **Furniture sales associated with Office Furniture On Budget, Inc.** | X | X | X | 2,000.00 |
| ACCOUNT NO. **208651; B0123400002**<br><br>**Alexian Brothers Behavioral Health**<br>**1650 Moonlake Boulevard**<br>**Schaumburg, IL  60194-1010** | | | **Behavioral health expenses incurred by debtor's son in 2001.** | | | | 592.00 |
| ACCOUNT NO.<br><br>**Harris And Harris, Ltd.**<br>**For Alexian Brothers Health Hospital**<br>**600 W Jackson Blvd Ste 700**<br>**Chicago, IL  60661-5629** | | | **Assignee or other notification for:**<br>**Alexian Brothers Behavioral Health** | | | | |
| ACCOUNT NO. **A0113000858**<br><br>**Alexian Brothers Medical Center**<br>**Lock Box 22589**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | **Medical expenses incurred by debtor's son in 2001.** | | | | 430.30 |
| ACCOUNT NO.<br><br>**Harris And Harris, Ltd.**<br>**For Alexian Brothers Health Hospital**<br>**600 W Jackson Blvd Ste 700**<br>**Chicago, IL  60661-5629** | | | **Assignee or other notification for:**<br>**Alexian Brothers Medical Center** | | | | |
| ACCOUNT NO.<br><br>**Malcolm S. Gerald & Associates**<br>**For Alexian Health Medical Ctr.**<br>**332 S Michigan Ave Ste 600**<br>**Chicago, IL  60604-4318** | | | **Assignee or other notification for:**<br>**Alexian Brothers Medical Center** | | | | |

Sheet no. **1** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,421.30**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____   Case No. _____
                                Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3-0933-0023573**<br><br>**Allied Waste Services, #933**<br>**PO Box 900154**<br>**Louisville, KY  40290-1154** | X | | Outstanding debt associated with Office Furniture On Budget, Inc. | X | X | X | **710.12** |
| ACCOUNT NO.<br><br>**Credi Mediators, Inc.**<br>**For Allied Waste**<br>**PO Box 456**<br>**Upper Darby, PA  19082-0456** | | | Assignee or other notification for:<br>Allied Waste Services, #933 | | | | |
| ACCOUNT NO.<br><br>**Amanda Clore**<br>**Powermation**<br>**581 N Edgewood Ave**<br>**Wood Dale, IL  60191-2600** | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | **1,450.00** |
| ACCOUNT NO. **004-903-318-72**<br><br>**American Family Insurance**<br>**Accounts Receivable**<br>**6000 American Parkway**<br>**Madison, WI  53783-0001** | | | Oustanding insurance owed on vehicle. | | | | **334.60** |
| ACCOUNT NO. **014-678-583-32**<br><br>**American Family Insurance Group**<br>**Accounts Receivable**<br>**6000 American Parkway**<br>**Madison, WI  53783-0001** | X | | Outstanding insurance debt associated with Office Furniture On Budget, Inc.  Policy cancelled for failure to pay in April, 2008. | X | X | X | **360.00** |
| ACCOUNT NO.<br><br>**Credit Collection Services**<br>**For American Family Insurance**<br>**Two Wells Ave.,  Dept 7250**<br>**Newton Center, MA  02459-3208** | | | Assignee or other notification for:<br>American Family Insurance Group | | | | |
| ACCOUNT NO.<br><br>**American Family Insurance Group**<br>**C/O Pilar Rodriguez-Lorenzo**<br>**14 Briar Creek Dr**<br>**Hawthorn Woods, IL  60047-8418** | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | **1,500.00** |

Sheet no. ___**2**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,354.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Semberecki, Grazyna B**                                                                    Case No. _____
          Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **American Institute** C/O Nicole Oliveros 326 Emerald Dr Streamwood, IL 60107-1269 | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | 2,000.00 |
| ACCOUNT NO. **17483** **Assoc. For Oral & Maxillofacial Sur. NW** 1701 E Woodfield Rd Ste 130 Schaumburg, IL 60173-5126 | | | Dental expenses incurred by debtor's son, Jesse in May, 2001. | | | | 461.00 |
| ACCOUNT NO. **Artistic Solutions** For Assoc. For Oral And Maxillo Surg PO Box 877 Streamwood, IL 60107-0877 | | | Assignee or other notification for: Assoc. For Oral & Maxillofacial Sur. NW | | | | |
| ACCOUNT NO. **Tri-County Accounts Bureau** Assoc. For Oral & Maxillofacial Surg. NW PO Box 515 Wheaton, IL 60187-0515 | | | Assignee or other notification for: Assoc. For Oral & Maxillofacial Sur. NW | | | | |
| ACCOUNT NO. **Associated Currency Exchanges** Attn: Joseph Johnson Austin and Archer C.E. Inc-Window 42C Chicago, IL 60638 | X | | Debt associated with Office Furniture On Budget, Inc. | X | X | X | 322.53 |
| ACCOUNT NO. **Barr Management** For Associated Currency Exchange 6408 N Western Ave Chicago, IL 60645-5422 | | | Assignee or other notification for: Associated Currency Exchanges | | | | |
| ACCOUNT NO. **1512104041884** **AT&T Starter Line** PO Box 9001309 Louisville, KY 40290-1309 | | | Outstanding phone expenses. | | | | 118.74 |

Sheet no. **3** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,902.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)                         Case No. _____
                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 78522** <br> **Phoenix, AZ  85062-8522** | | | **Assignee or other notification for:** <br> **AT&T Starter Line** | | | | |
| ACCOUNT NO. **859-254033004** <br> **AT&T Wireless-Chicago** <br> **P.O. Box 8220** <br> **Aurora, IL  60572-8220** | | | **Oustanding phone expenses.** | | | | **201.29** |
| ACCOUNT NO. <br> **Cavalry Portfolio Services, LLC** <br> **For AT&T/Cingular** <br> **PO Box 27288** <br> **Tempe, AZ  85285-7288** | | | **Assignee or other notification for:** <br> **AT&T Wireless-Chicago** | | | | |
| ACCOUNT NO. <br> **Avis Rent A Car** <br> **724 S Barrington Rd** <br> **Streamwood, IL  60107-2267** | | | **Automobile rental on or about July 2008.** | | | | **600.00** |
| ACCOUNT NO. <br> **Bally Total Fitness** <br> **PO Box 1090** <br> **Norwalk, CA  90651-1090** | | | **Outstanding expenses related to physical fitness and training.** | | | | **357.65** |
| ACCOUNT NO. <br> **Capital Management Services** <br> **For Bally Total Fitness** <br> **726 Exchange St Ste 700** <br> **Buffalo, NY  14210-1464** | | | **Assignee or other notification for:** <br> **Bally Total Fitness** | | | | |
| ACCOUNT NO. <br> **Perimeter Credit** <br> **For Bally Total Fitness** <br> **PO Box 105349** <br> **Atlanta, GA  30348-5349** | | | **Assignee or other notification for:** <br> **Bally Total Fitness** | | | | |

Sheet no. **4** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **1,158.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Barone Law Office<br>635 Butterfield Rd<br>Oakbrook Terrace, IL  60181-4002 | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | 1,150.00 |
| ACCOUNT NO.<br>Barr Management<br>6408 N Western Ave<br>Chicago, IL  60645-5422 | X | | Outstanding debt related to Office Furniture On Budget, Inc. | X | X | X | 322.53 |
| ACCOUNT NO. W17299860001<br>Beach Body<br>3301 Exposition Blvd<br>Santa Monica, CA  90404-5052 | | | Exercise DVDs ordered from website. | | | | 43.90 |
| ACCOUNT NO.<br>SKO Brenner<br>For Beach Body<br>40 Daniel St<br>Farmingdale, NY  11735-0230 | | | Assignee or other notification for:<br>Beach Body | | | | |
| ACCOUNT NO.<br>Benefitdecisions, Inc.<br>C/O Sheila Billingsley<br>125 S Wacker Dr Ste 2075<br>Chicago, IL  60606-4416 | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | 1,000.00 |
| ACCOUNT NO. Invoice No. 114033<br>Bestar, Inc.<br>4220, Villeneuve<br>Lac-Megantic, QC  G6B 2C3 | X | | Outstanding debt associated with furniture purchase by Office Furniture On Budget, Inc. on or about 03/05/08. | X | X | X | 2,430.30 |
| ACCOUNT NO.<br>Budget Recovery Service, Inc.<br>For Bestar, Inc.<br>PO Box 22828<br>Louisville, KY  40252-0828 | | | Assignee or other notification for:<br>Bestar, Inc. | | | | |

Sheet no. **5** of **34** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,946.73**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____   Case No. _____
           Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Blockbuster Inc.**<br>**120 Corporate Dr Ste E**<br>**Spartanburg, SC  29303-5046** | | | Outstanding debt for video rental expenses. | | | | 21.49 |
| ACCOUNT NO.<br>**Blockbuster Inc.**<br>**Store Number 17294**<br>**2160 Bloomingdale Rd**<br>**Glendale Heights, IL  60139-1614** | | | Assignee or other notification for:<br>Blockbuster Inc. | | | | |
| ACCOUNT NO.<br>**Credit Protection Association, L.P.**<br>**For Blockbuster**<br>**13355 Noel Rd**<br>**Dallas, TX  75240-6602** | | | Assignee or other notification for:<br>Blockbuster Inc. | | | | |
| ACCOUNT NO. **97569**<br>**Bruce Packaging**<br>**8131 Ridgeway Ave**<br>**Skokie, IL  60076-3352** | X | | Outstanding debt associated with Office Furniture On Budget, Inc. | X | X | X | 120.00 |
| ACCOUNT NO. **PN1648696**<br>**Budget Truck Rental LLC**<br>**6 Sylvan Way**<br>**Parsippany, NJ  07054-3826** | X | | Outstanding debt associated with truck rental by Office Furniture On Budget, Inc. | X | X | X | 609.75 |
| ACCOUNT NO.<br>**Joseph, Mann & Creed**<br>**For Budget Truck**<br>**20600 Chagrin Blvd Ste 550**<br>**Beachwood, OH  44122-5340** | | | Assignee or other notification for:<br>Budget Truck Rental LLC | | | | |
| ACCOUNT NO. **4121-7424-1417-9450**<br>**Capital One Bank**<br>**PO Box 60067**<br>**City of Industry, CA  91716-0067** | | | Outstanding credit card debt. | | | | 562.21 |

Sheet no. ____**6**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **1,313.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____ Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Associated Recovery Systems<br>For Capital One Bank<br>PO Box 469046<br>Escondido, CA  92046-9046** | | | **Assignee or other notification for:<br>Capital One Bank** | | | | |
| ACCOUNT NO.<br>**Capital One Bank (USA), NA<br>PO Box 5294<br>Carol Stream, IL  60197-5294** | | | **Assignee or other notification for:<br>Capital One Bank** | | | | |
| ACCOUNT NO.<br>**Van Ru International<br>For Capital One<br>1350 E Touhy Ave Ste 300E<br>Des Plaines, IL  60018-3307** | | | **Assignee or other notification for:<br>Capital One Bank** | | | | |
| ACCOUNT NO. **4121-7422-5430-8300**<br>**Capital One Services<br>P.O. Box 6000<br>Seattle, WA  98190-6000** | | | **Outstanding credit card debt.** | | | | **1,212.00** |
| ACCOUNT NO.<br>**Caruso Management Group<br>800 W 5th Ave Ste 110B<br>Naperville, IL  60563-4924** | X | | **Refund owed to Office Furniture On Budget, Inc.<br>client for furniture purchased on April 28, 2008.** | X | X | X | **560.00** |
| ACCOUNT NO.<br>**Knuckles, Keough & Moody, P.C.<br>For Caruso Management<br>1001 E Chicago Ave Ste 103<br>Naperville, IL  60540-5500** | | | **Assignee or other notification for:<br>Caruso Management Group** | | | | |
| ACCOUNT NO. **0210397**<br>**CDS Moving Equipment, Inc.<br>700 Pratt Blvd<br>Elk Grove Village, IL  60007-5115** | X | | **Outstanding debt related to Office Furniture On Budget, Inc.** | X | X | X | **116.24** |

Sheet no. **7** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ | **1,888.24** |
|---|---|---|---|

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____    Case No. _____
              Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Multiple** <br><br> **Charter One Bank** <br> **1 Citizens Dr** <br> **Riverside, RI  02915-3019** | X | | Fees associated with overdrawn personal savings account, business checking account and payroll account.  All accounts are now closed. | X | X | X | 567.53 |
| ACCOUNT NO. <br><br> **Associated Credit Services, Inc.** <br> **For Charter One Bank** <br> **105B South St** <br> **Hopkinton, MA  01748-9100** | | | Assignee or other notification for: <br> Charter One Bank | | | | |
| ACCOUNT NO. **20-OFOB232** <br><br> **Cherryman Industries** <br> **1420 E Victoria St** <br> **Carson, CA  90746-7499** | X | | Unpaid balance on multiple invoices associated with Office Furniture On Budget, Inc.  Lawsuit filed on February 26, 2008 in the Circuit Court of DuPage County, Illinois against Office Furniture on Budget, Inc.  Debtor is not named as an individual defendant and no judgment was entered against Debtor. | X | X | X | 10,740.00 |
| ACCOUNT NO. <br><br> **Edgerton & Edgerton** <br> **For Cherryman Industries, Inc.** <br> **PO Box 218** <br> **West Chicago, IL  60186-0218** | | | Assignee or other notification for: <br> Cherryman Industries | | | | |
| ACCOUNT NO. **294615-27255** <br><br> **City Of Elgin** <br> **150 Dexter Ct** <br> **Elgin, IL  60120-5557** | | | Outstanding water and sewer expenses owed to the City of Elgin. | | | | 54.01 |
| ACCOUNT NO. **315629-54214** <br><br> **City Of Naperville** <br> **Finance Department** <br> **400 S Eagle St** <br> **Naperville, IL  60540-5279** | | | Outstanding utility expenses and NSF checks owed to the city of Naperville. | | | | 358.03 |
| ACCOUNT NO. **399943-00** <br><br> **Clinical Associates** <br> **150 N River Rd Ste 300** <br> **Des Plaines, IL  60016-1272** | | | Medical expenses incurred by debtor in 2001. | | | | 28.30 |

Sheet no. __**8**__ of __**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,747.87**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Semberecki, Grazyna B**                                   Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **33654114**<br><br>**Comcast**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007-1912** | | | **Cable service.** | | | | **419.00** |
| ACCOUNT NO. **87982003211850585**<br><br>**ComCast Cable**<br>**PO Box 3002**<br>**Southeastern, PA  19398-3002** | | | **Outstanding cable expenses.** | | | | **452.52** |
| ACCOUNT NO. **7020296036**<br><br>**ComEd**<br>**Customer Care Ctr. Attn: Revenue Mgmt. Department; 2100 Swift Drive**<br>**Oak Brook, IL  60523** | | | **Oustanding electricity expenses.** | | | | **300.84** |
| ACCOUNT NO.<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL  60668-0001** | | | **Assignee or other notification for:**<br>**ComEd** | | | | |
| ACCOUNT NO. **6507773011**<br><br>**ComEd Company**<br>**Customer Care Center, Attn: Revenue Management Dept., 2100 Swift Drive**<br>**Oak Brook, IL  60523** | X | | **Outstanding electrical utility expenses associated with Office Furniture On Budget, Inc.** | | | | **795.62** |
| ACCOUNT NO.<br><br>**ComEd Company**<br>**Bill Payment Center**<br>**Park Ridge, IL  60068-0002** | | | **Assignee or other notification for:**<br>**ComEd Company** | | | | |
| ACCOUNT NO. **576-149**<br><br>**Community Property Management Corp.**<br>**Managing Agent For Willow Lakes Apts.**<br>**2809 Butterfield Rd Ste 200**<br>**Oak Brook, IL  60523-1151** | | | **Breach of lease for apartment at 21W551 North Avenue, Apt. 209, Lombard, IL  60148.  Lease term ends 9/30/2009. Judgment was entered in DuPage Case No. 2009 LM 38 in the amount of $3,177.00. Claim amount is based on rental liability through the end of the lease term.** | X | X | X | **10,000.00** |

Sheet no. **9** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,967.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David K. Barhydt<br>For Community Property Management Corp.<br>2901 Butterfield Rd<br>Oak Brook, IL 60523-1106 | | | Assignee or other notification for:<br>Community Property Management Corp. | | | | |
| ACCOUNT NO. WC-12-12-000289<br>Continental Western Insurance Company<br>PO Box 59143<br>Minneapolis, MN 55459-0143 | X | | Outstanding insurance owed for Workers' Compensation. Debt associated with Office Furniture On Budget, Inc. | X | X | X | 743.00 |
| ACCOUNT NO. 46-747-165433608<br>Core Secrets<br>P.O. Box 10296<br>Des Moines, IA 50336-0296 | | | Outstanding expenses related to physicial fitness and training. | | | | 46.85 |
| ACCOUNT NO. 1188<br>Corporate Installations, Illinois<br>306 Terrace Dr<br>Mundelein, IL 60060-3836 | X | | Outstanding debt associated with Office Furniture On Budget, Inc. | X | X | X | 350.00 |
| ACCOUNT NO. 70-011504-8<br>Delaware Place Bank<br>190 E Delaware Place<br>Chicago, IL 60611-1813 | | | Loan to purchase 2004 Isuzu Axiom in or about Spring 2006. Loan was secured by same vehicle. Vehicle repossessed on 10/15/08.<br>Subject to Setoff | X | X | X | 15,000.00 |
| ACCOUNT NO.<br>Roger Zamparo, Jr.<br>For Delaware Place Bank<br>134 N Lasalle St Ste 2010<br>Chicago, IL 60602-1136 | | | Assignee or other notification for:<br>Delaware Place Bank | | | | |
| ACCOUNT NO. 0736001901<br>Deluxe Business Checks And Solutions<br>P.O. Box 742572<br>Cincinnati, OH 45274-2572 | X | | Outstanding debt associated with Office Furniture On Budget, Inc. for business related checks and paper. | X | X | X | 109.63 |

Sheet no. **10** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,249.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Semberecki, Grazyna B** _____    Case No. _____
            Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Commercial Recovery Corporation**<br>**For Deluxe Business Checks**<br>**PO Box 49421**<br>**Minneapolis, MN  55449-0421** | | | **Assignee or other notification for:**<br>**Deluxe Business Checks And Solutions** | | | | |
| ACCOUNT NO. 00034353193<br>**Des Plaines Radiologists**<br>**1455 E Golf Rd Ste 212**<br>**Des Plaines, IL  60016-1254** | | | **Medical expenses incurred by debtor in 2001.** | | | | **101.28** |
| ACCOUNT NO.<br>**Doane-Keyes Associates, Inc.**<br>**PO Box 297**<br>**Peru, IN  46970-0297** | X | | **Outstanding debt associated with Office Furniture On Budget, Inc.  Lawsuit filed on December 7, 2007 in the Circuit Court of DuPage County, Wheaton, IL against Office Furniture on Budget, Inc.  Debtor is not named as an individual defendant and no judgment was entered against Debtor.** | X | X | X | **21,160.94** |
| ACCOUNT NO.<br>**Teller, Levit & Silvertrust, P.C.**<br>**For Doane-Keyes**<br>**11 E Adams St 8th Fl**<br>**Chicago, IL  60603-6301** | | | **Assignee or other notification for:**<br>**Doane-Keyes Associates, Inc.** | | | | |
| ACCOUNT NO. 3331660<br>**DS Waters Of North America**<br>**5660 New Northside Dr NW Ste 500**<br>**Atlanta, GA  30328-5826** | X | | **Debt associated with Office Furniture On Budget, Inc.** | X | X | X | **796.52** |
| ACCOUNT NO.<br>**DS Water of America Inc.**<br>**4170 Tanners Creek Dr**<br>**Flowery Branch, GA  30542-2839** | | | **Assignee or other notification for:**<br>**DS Waters Of North America** | | | | |
| ACCOUNT NO.<br>**DuPage Wireless, Inc.**<br>**6N331 Keeney Rd**<br>**Roselle, IL  60172-3204** | X | | **Debt for wireless service associated with Office Furniture On Budget, Inc.** | X | X | X | **180.00** |

Sheet no. __11__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,238.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Semberecki, Grazyna B**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **117010769**<br><br>**EBay**<br>**P.O. Box 2179**<br>**Carol Stream, IL  60132-2179** | X | | **EBay account associated with European Art, Inc. and/or Office Furniture on Budget, Inc.** | X | X | X | **762.66** |
| ACCOUNT NO.<br><br>**I.C. System, Inc.**<br>**For Ebay**<br>**444 Highway 96 E**<br>**Saint Paul, MN  55164-0887** | | | **Assignee or other notification for:**<br>**EBay** | | | | |
| ACCOUNT NO. **11350**<br><br>**Elgin Family Eye Care**<br>**363 S Randall Rd**<br>**Elgin, IL  60123-5526** | | | **Outstanding debt for eye care expenses incurred by debtor's son.** | | | | **63.00** |
| ACCOUNT NO. **662066**<br><br>**Enterprise Rent-A-Car**<br>**3029 N Kedzie Ave**<br>**Chicago, IL  60618-6906** | | | **Outstanding debt for rental truck expenses.** | | | | **586.66** |
| ACCOUNT NO. **5407-9120-5381-8237**<br><br>**ERA Acquisitions**<br>**Needed** | | | **Outstanding credit card debt.** | | | | **1,232.85** |
| ACCOUNT NO.<br><br>**Elite Recovery Systems**<br>**For ERA Acquisitions**<br>**PO Box 3474**<br>**Buffalo, NY  14240-3474** | | | **Assignee or other notification for:**<br>**ERA Acquisitions** | | | | |
| ACCOUNT NO. **8822**<br><br>**Female Healthcare Associates, Ltd.**<br>**471 W Army Trail Rd Ste 103**<br>**Bloomingdale, IL  60108-2628** | | | **Medical expenses incurred by debtor in 2006.** | | | | **109.00** |

Sheet no. **12** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **2,754.17**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Semberecki, Grazyna B**                                        Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 07232751912<br><br>**Fifth Third Bank**<br>**P.O. Box 740789**<br>**Cincinnati, OH  45274-0789** | X | | Outstanding debt associated with an overdrawn account.  Debt associated with Office Furniture On Budget, Inc. | X | X | X | 1,241.02 |
| ACCOUNT NO.<br><br>**Nationwide Credit, Inc.**<br>**For Fifth Third Bank**<br>**4700 Vestal Pkwy E**<br>**Vestal, NY  13850-3770** | | | Assignee or other notification for:<br>Fifth Third Bank | | | | |
| ACCOUNT NO.<br><br>**Fox Valley Currency Exchange**<br>**Re: Check 5269 From M. Rodriguez**<br>**376 S Route 59 Ste 104**<br>**Naperville, IL  60540-9106** | X | | Dishonored check of Marcelo Rodriguez related to furniture order. Debt associated with Office Furniture On Budget, Inc. | X | X | X | 1,555.13 |
| ACCOUNT NO.<br><br>**Frank Properties**<br>**C/O William Frank**<br>**17918 Hood Ave**<br>**Homewood, IL  60430-1911** | X | | Claim for unpaid rent and breach of lease for store Unit #326 at 310-338 St. Paul Blvd, Carol Stream, IL 60188.  Lease originally in name of ex-husband, Andrew Semberecki d/b/a Office Furniture On Budget, Inc.<br>Subject to Setoff | X | X | X | 6,548.00 |
| ACCOUNT NO. P1097111<br><br>**Gail Borden Public Library**<br>**270 N Grove Ave**<br>**Elgin, IL  60120-5505** | | | Outstanding fees owed to library. | | | | 58.44 |
| ACCOUNT NO.<br><br>**Unique National Collections**<br>**For Gail Borden Public Library**<br>**119 E Maple St**<br>**Jeffersonville, IN  47130-3439** | | | Assignee or other notification for:<br>Gail Borden Public Library | | | | |
| ACCOUNT NO. OFFBUD<br><br>**GARCO**<br>**1009 Branch Dr**<br>**Alpharetta, GA  30004-3392** | X | | Outstanding debt related to shipping office furniture for Office Furniture On Budget, Inc. | X | X | X | 2,742.00 |

Sheet no. __13__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **12,144.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Semberecki, Grazyna B**
_____    Case No. _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Gary Avenue CX** 365 N Gary Ave Carol Stream, IL 60188-1821 | X | | Debt associated with NSF check written on behalf of Office Furniture On Budget, Inc. | X | X | X | 482.48 |
| ACCOUNT NO. **George Deihs III, DDS** 602 W Main St West Dundee, IL 60118-2026 | | | Dental expenses incurred by debtor. | | | | unknown |
| ACCOUNT NO. **George Honiotes** 2400 Island Dr Morris, IL 60450-7300 | X | | Auto accident involving George Honiotes on February 16, 2007 while working for European Art, Inc. n/k/a Office Furniture On Budget, Inc. Unknown if George Honiotes paid for damages to other driver's vehicle. | X | X | X | unknown |
| ACCOUNT NO. **Gerardo Sendejas** 2748 N Campbell Ave Chicago, IL 60647 | | | Debt owed to landlord for a breach of lease of apartment located at 2849 N. Rockwell, Apt. 1, Chicago, IL 60618. | | X | X | 3,000.00 |
| ACCOUNT NO. **Glendale Currency Exchange** 1225 Glen Ellyn Rd Glendale Heights, IL 60139-3110 | X | | Four (4) NSF checks written on the account of European Art, Inc. in or before 2007, plus $100.00 in alleged collection fees. | X | X | X | 531.44 |
| ACCOUNT NO. **Gary Avenue CX** 365 N Gary Ave Carol Stream, IL 60188-1821 | | | Assignee or other notification for: Glendale Currency Exchange | | | | |
| ACCOUNT NO. **Grand Suburu** C/O Ryan Drouin 125 W Grand Ave # 630 Bensenville, IL 60106-3327 | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | 2,000.00 |

Sheet no. **14** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **6,013.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Semberecki, Grazyna B** _____    Case No. _____
                    Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **27169**<br>**Grove Dental**<br>**2 E 22nd St**<br>**Lombard, IL  60148-4976** | | | Outstanding debt for dental expenses incurred in early 2008. | | | | 3,581.00 |
| ACCOUNT NO.<br>**Illinois Collection Service**<br>**For Grove Dental**<br>**3101 W 95th St, 2nd Fl**<br>**Evergreen Park, IL  60805-2406** | | | Assignee or other notification for: Grove Dental | | | | |
| ACCOUNT NO.<br>**Illinois Collection Service, Inc.**<br>**For Grove Dental**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | Assignee or other notification for: Grove Dental | | | | |
| ACCOUNT NO. **10868**<br>**Highlife Adventures**<br>**3047 N Lincoln Ave Unit 202**<br>**Chicago, IL  60657-4274** | | | Singles club membership. | | | | 2,418.25 |
| ACCOUNT NO.<br>**Keynote Consulting, Inc.**<br>**For Highlife Adventures**<br>**220 W Campus Dr Ste 102**<br>**Arlington Heights, IL  60004-1498** | | | Assignee or other notification for: Highlife Adventures | | | | |
| ACCOUNT NO.<br>**Hinckley Springs**<br>**PO Box 660579**<br>**Dallas, TX  75266-0579** | X | | Debt associated with European Art, Inc. n/k/a Office Furniture On Budget, Inc. | X | X | X | 304.62 |
| ACCOUNT NO.<br>**Home Depot**<br>**295 E Army Trail Rd**<br>**Glendale Heights, IL  60139-1754** | X | | Debt associated with NSF check written on behalf of Office Furniture On Budget, Inc. | X | X | X | 68.92 |

Sheet no. **15** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **6,372.79**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

IN RE **Semberecki, Grazyna B** _____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Certegy Payment Recovery Systems, Inc.<br>For Home Depot<br>3500 5th St<br>Northport, AL  35476-4723** | | | Assignee or other notification for:<br>**Home Depot** | | | | |
| ACCOUNT NO. **060355120**<br>**Hoy<br>PO Box 4474<br>Chicago, IL  60680-4474** | X | | **Outstanding debt associated with Office Furniture On Budget, Inc.** | X | X | X | 68.00 |
| ACCOUNT NO. 0121254106, 0121254064<br>**Ice Mountain Spring Water<br>PO Box 856680<br>Louisville, KY  40285-6680** | X | | **Office expenses associated with Office Furniture On Budget, Inc.** | X | X | X | 174.09 |
| ACCOUNT NO. 2687479093<br>**InStyle Magazine<br>P.O. Box 60410<br>Tampa, FL  33660-0410** | | | **Outstanding debt for magazine subscription.** | | | | 23.88 |
| ACCOUNT NO. **002-064-0149-03**<br>**ISTA<br>7825 Baymeadows Way<br>Suite 300b<br>Jacksonville, FL  32256** | | | **Utility payments on aparment.** | | | | 47.03 |
| ACCOUNT NO.<br>**ISTA<br>PO Box 650596<br>Dallas, TX  75265-0596** | | | Assignee or other notification for:<br>**ISTA** | | | | |
| ACCOUNT NO.<br>**IT Siren, Inc.<br>C/O Michael Aranovich<br>1110 Larkin Dr<br>Wheeling, IL  60090-6415** | X | | **Furniture sales associated with Office Furniture on Budget, Inc.** | X | X | X | 1,500.00 |

Sheet no. **16** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,813.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**                                           Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**J & J Flores Landscaping, Inc.**<br>**2830 Hillsboro Ln**<br>**Lake In the Hills, IL  60156-6309** | X | | **Furniture sales associated with Office Furniture on Budget, Inc.** | X | X | X | 1,400.00 |
| ACCOUNT NO.<br>**Jerry Monteleone**<br>**4840 N Greenwood Ave**<br>**Norridge, IL  60706-2930** | X | | **Furniture sales associated with Office Furniture on Budget, Inc.** | X | X | X | 125.00 |
| ACCOUNT NO. **456763**<br>**Juliette Chihade**<br>**PO Box 121**<br>**Decatur, IL  62525-0121** | X | | **Refund allegedly owed to office furniture client incurred on or about September 23, 2008.  Debt associated with Office Furniture On Budget, Inc.** | X | X | X | 828.50 |
| ACCOUNT NO.<br>**Evans, Loewenstein, Shimanovsky & Moscar**<br>**For Juliette Chihade**<br>**130 S Jefferson Street, Suite 500**<br>**Chicago, IL  60661-5764** | | | **Assignee or other notification for:**<br>Juliette Chihade | | | | |
| ACCOUNT NO.<br>**Juliette Chihade**<br>**3270 N. Woodfield Street**<br>**Decatur, IL  62526** | | | **Assignee or other notification for:**<br>Juliette Chihade | | | | |
| ACCOUNT NO.<br>**Office Of The Attorney General**<br>**For Juliette Chihade**<br>**500 South Second Street**<br>**Springfield, IL  62706-0001** | | | **Assignee or other notification for:**<br>Juliette Chihade | | | | |
| ACCOUNT NO.<br>**Kal & Koeppel**<br>**725 E Irving Park Rd Ste D**<br>**Roselle, IL  60172-2355** | X | | **Outstanding legal expenses and NSF check associated with Office Furniture On  Budget, Inc.** | X | X | X | 1,535.00 |

Sheet no. ___**17**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **3,888.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Semberecki, Grazyna B**                                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kam Group, Inc.**<br>**C/O May Zheng**<br>**486 W North Frontage Rd**<br>**Bolingbrook, IL  60440-4904** | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | **1,000.00** |
| ACCOUNT NO.<br>**Kelso Burnett Company**<br>**5200 Newport Drive**<br>**Rolling Meadows, IL  60008-3806** | | | Claim regarding furniture sales related to Office Furniture on Budget, Inc. | X | X | X | **1,650.00** |
| ACCOUNT NO.<br>**Kindercare**<br>**1351 Palatine Rd**<br>**Hoffman Estates, IL  60192-1197** | | | Childcare expenses for debtor's son. | | | | **322.00** |
| ACCOUNT NO.<br>**Holloway Credit Solutions, LLC**<br>**For Kindercare**<br>**PO Box 230609**<br>**Montgomery, AL  36123-5609** | | | Assignee or other notification for: Kindercare | | | | |
| ACCOUNT NO.<br>**Holloway Credit Solutions, LLC**<br>**For Kindercare**<br>**1286 Carmichael Way**<br>**Montgomery, AL  36106-3645** | | | Assignee or other notification for: Kindercare | | | | |
| ACCOUNT NO.<br>**Kindercare**<br>**650 NE Holladay St Ste 1400**<br>**Portland, OR  97232-2096** | | | Assignee or other notification for: Kindercare | | | | |
| ACCOUNT NO. 5307307412<br>**LaSalle Bank N.A.**<br>**5501 S Kedzie Ave**<br>**Chicago, IL  60629-2412** | | | Fees associated with an overdrawn bank account. | | | | **298.45** |

Sheet no. __18__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **3,270.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____   Case No. _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TRS Recovery Services, Inc.**<br>**For LaSalle Bank**<br>**PO Box 60022**<br>**City of Industry, CA  91716-0022** | | | **Assignee or other notification for:**<br>**LaSalle Bank N.A.** | | | | |
| ACCOUNT NO. **25469200751320076**<br>**LEG Magic**<br>**PO Box 406**<br>**Farmingdale, NY  11735-0406** | | | **Hair removal system ordered by debtor.** | | | | **59.95** |
| ACCOUNT NO.<br>**Ls1 Speed, Inc.**<br>**803C Albion Ave**<br>**Schaumburg, IL  60193-4522** | X | | **Outstanding debt for failure to deliver product. Debt associated with Office Furniture On Budget, Inc.** | | | | **611.25** |
| ACCOUNT NO.<br>**Anderson & Associates, P.C.**<br>**For Ls1 Speed, Inc.**<br>**1701 E Woodfield Rd**<br>**Schaumburg, IL  60173-5905** | | | **Assignee or other notification for:**<br>**Ls1 Speed, Inc.** | | | | |
| ACCOUNT NO. **1150007017520**<br>**LVNV Funding LLC**<br>**For Sears**<br>**PO Box 10497**<br>**Greenville, SC  29603-0497** | | | **Outstanding credit card debt.** | | | | **6,926.16** |
| ACCOUNT NO.<br>**Northland Group, Inc.**<br>**For Sears/LVNV Funding**<br>**PO Box 390846**<br>**Minneapolis, MN  55439-0846** | | | **Assignee or other notification for:**<br>**LVNV Funding LLC** | | | | |
| ACCOUNT NO.<br>**Marcelo And Pliar Rodriguez**<br>**25669 N Hillview Ct**<br>**Mundelein, IL  60060-9436** | X | | **Down payment for funiture purchase from Office Furniture On Budget, Inc.** | X | X | X | **1,555.13** |

Sheet no. **19** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,152.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Semberecki, Grazyna B** _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lisa Madigan, Illinois Attorney General<br>For Marcelo And Pilar Rodriguez<br>500 S 2nd St, Consumer Fraud Bureau<br>Springfield, IL  62701-1705** | | | Assignee or other notification for:<br>**Marcelo And Pliar Rodriguez** | | | | |
| ACCOUNT NO. **SEMBER0000**<br>**McNeela Chiropractic Center<br>307 S Milwaukee Ave Ste 106<br>Wheeling, IL  60090-5035** | | | **Outstanding debt for medical expenses incurred by debtor's son in 2007.** | | | | 150.00 |
| ACCOUNT NO.<br>**Michael Kiefer<br>6607 Cobblestone Lane<br>Long Grove, IL  60047-5164** | X | | **Refund of payment for office furniture ordered from Office Furniture on Budget, Inc. but never received.** | X | X | X | 1,474.00 |
| ACCOUNT NO.<br>**Dommermuth, Brestal, Cobine & West, Ltd.<br>For Michael Kiefer<br>PO Box 565<br>Naperville, IL  60566-0565** | | | Assignee or other notification for:<br>**Michael Kiefer** | | | | |
| ACCOUNT NO.<br>**Mid-Continent Office Distributors<br>2900 Fairfax Trafficway<br>PO Box 15017<br>Kansas City, KS  66115-0017** | X | | **Outstanding debt related to Office Furniture On Budget, Inc.** | X | X | X | 7,307.61 |
| ACCOUNT NO.<br>**CCI<br>1901 Park Drive<br>PO Box 1315<br>Kansas City, KS  66117-0315** | | | Assignee or other notification for:<br>**Mid-Continent Office Distributors** | | | | |
| ACCOUNT NO.<br>**McMahan & Sigunick, Ltd.<br>For Mid-Continent Office Dist.<br>412 S Wells St 6th Fl<br>Chicago, IL  60607-3923** | | | Assignee or other notification for:<br>**Mid-Continent Office Distributors** | | | | |

Sheet no. **20** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,931.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)         (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midland Credit Management**<br>**For MRC Receivables**<br>**Department 8870**<br>**Los Angeles, CA  90084-8870** | | | MRC Receivables purchased debt. | X | X | X | 1,430.76 |
| ACCOUNT NO. **897**<br>**MJ's Office Furniture**<br>**838 Grey Ave**<br>**Evanston, IL  60202-1509** | | | Office furniture ordered for debtor's business, Office Furniture on a Budget. | | | | 1,125.00 |
| ACCOUNT NO.<br>**Naperville CUSD 203**<br>**Business Office**<br>**203 W Hillside Rd**<br>**Naperville, IL  60540-6500** | | | Outstanding school (Madison Junior High) activity expenses for debtor's son. | | | | 223.00 |
| ACCOUNT NO.<br>**Transworld Systems, Inc.**<br>**For Naperville CUSD 203**<br>**25 NW Point Blvd Ste 750**<br>**Elk Grove Village, IL  60007-1058** | | | Assignee or other notification for: Naperville CUSD 203 | | | | |
| ACCOUNT NO. **15913702**<br>**National Magazine Exchange**<br>**PO Box 9083**<br>**Clearwater, FL  33758-9083** | | | Outstanding debt for magazine subscription expenses. | | | | 167.70 |
| ACCOUNT NO. **OFF18N**<br>**NDI Wholesale**<br>**Nashville Desk, Inc.**<br>**PO Box 534453**<br>**Atlanta, GA  30353-4453** | X | | Outstanding debt associated with Office Furniture On Budget, Inc. incurred on or about 03/06/08. | X | X | X | 2,786.30 |
| ACCOUNT NO.<br>**NDI Wholesale**<br>**Nashville Desk, Inc.**<br>**831 Cowan St**<br>**Nashville, TN  37207-5623** | | | Assignee or other notification for: NDI Wholesale | | | | |

Sheet no. **21** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,732.76**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Semberecki, Grazyna B**                                    Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **OFFICEIL08**<br>**New Century Transportation, Inc.**<br>**45 E Park Dr**<br>**Mount Holly, NJ  08060-5123** | X | | Outstanding debt associated with Office Furniture On Budget, Inc. | X | X | X | **1,751.69** |
| ACCOUNT NO.<br>**Credi Mediators, Inc.**<br>**For New Century Transportation**<br>**PO Box 456**<br>**Upper Darby, PA  19082-0456** | | | Assignee or other notification for:<br>New Century Transportation, Inc. | | | | |
| ACCOUNT NO. **Multiple Invoices**<br>**New Haven Moving Equipment**<br>**PO Box 7007**<br>**Fredericksburg, VA  22404-7007** | X | | Outstanding debt for moving supplies associated with Office Furniture On Budget, Inc. | X | X | X | **189.54** |
| ACCOUNT NO. **72-01-36-4982**<br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL  60507-8350** | | | Outsanding utility expenses. | | | | **1,751.46** |
| ACCOUNT NO.<br>**CBCS**<br>**For Nicor Gas**<br>**PO Box 163250**<br>**Columbus, OH  43216-3250** | | | Assignee or other notification for:<br>Nicor Gas | | | | |
| ACCOUNT NO.<br>**Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL  60568-0001** | | | Assignee or other notification for:<br>Nicor Gas | | | | |
| ACCOUNT NO. **75-67-88-8785**<br>**Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL  60568-0001** | | | Outstanding utility gas expenses. | | | | **744.17** |

Sheet no. **22** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **4,436.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE <u>Semberecki, Grazyna B</u>                                                    Case No. _____
                 Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 61-53-57-8156-3** <br><br> **Nicor Gas** <br> **PO Box 416** <br> **Aurora, IL  60568-0001** | X | | Outstanding debt for utility gas expenses associated with Office Furniture On Budget, Inc. | X | X | X | 573.42 |
| **ACCOUNT NO. 185455** <br><br> **Office Star Products** <br> **Attn:  Credit Department** <br> **1901 S Archibald Ave** <br> **Ontario, CA  91761-8548** | X | | Office furniture purchased for Office Furniture on a Budget. | X | X | X | 33,180.59 |
| ACCOUNT NO. <br><br> **Otter Creek Elementary School** <br> **2701 Hopps Rd** <br> **Elgin, IL  60124-8532** | | | Childcare expenses for debtor's son. | | | | 49.00 |
| **ACCOUNT NO. 0493996** <br><br> **PAP, LLC** <br> **1457 W Sunnyside Ave** <br> **Chicago, IL  60640-5405** | | | Unknown services to debtor. | | | | 59.98 |
| ACCOUNT NO. <br><br> **RMCB Collection Agency** <br> **For PAP, LLC** <br> **2269 Saw Mill River Rd Ste 3** <br> **Elmsford, NY  10523-3848** | | | Assignee or other notification for: PAP, LLC | | | | |
| **ACCOUNT NO. 1535, 1508,1383,1209,1481** <br><br> **Patriot Staffing, Inc.** <br> **2607 W 22nd St Ste 40** <br> **Oak Brook, IL  60523-4634** | X | | Debt owed for temporary staffing.  Debt associated with Office Furniture On Budget, Inc. | X | X | X | 4,848.00 |
| ACCOUNT NO. <br><br> **Cole Taylor Bank** <br> **UCC Lien From Patriot Staffing, Inc.** <br> **9550 W Higgins Rd** <br> **Rosemont, IL  60018-4906** | | | Assignee or other notification for: Patriot Staffing, Inc. | | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __23__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **38,710.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Semberecki, Grazyna B**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cole Taylor Bank**<br>**UCC Lien From Patriot Staffing, Inc.**<br>**111 W. Washington Street**<br>**Chicago, IL 60602-2703** | | | Assignee or other notification for:<br>Patriot Staffing, Inc. | | | | |
| ACCOUNT NO. **548611**<br>**PayPal**<br>**2211 N 1st St**<br>**San Jose, CA 95131-2021** | X | | PayPal account associated with European Art, Inc. and/or Office Furniture on Budget, Inc. | X | X | X | 140.55 |
| ACCOUNT NO.<br>**NCO Financial Systems, Inc.**<br>**For PayPal**<br>**PO Box 15283**<br>**Wilmington, DE 19850-5283** | | | Assignee or other notification for:<br>PayPal | | | | |
| ACCOUNT NO.<br>**PCB Libraries, Inc.**<br>**and Nick Ban**<br>**701 Lee St Ste 840**<br>**Des Plaines, IL 60016-4550** | X | | Furniture returned to Office Furniture on Budget, Inc. on or about January 2007. | X | X | X | 7,500.00 |
| ACCOUNT NO. **23102**<br>**Pentech Financial**<br>**P.O. Box 712492**<br>**Cincinnati, OH 45271-2492** | X | | Debt associated with Office Furniture On Budget, Inc. | X | X | X | 3,405.87 |
| ACCOUNT NO. **23102**<br>**Pentech Financial**<br>**P.O. Box 712492**<br>**Cincinnati, OH 45271-2492** | X | | Debt associated with European Art, Inc. a/k/a Office Furniture On Budget, Inc. while ex-husband was owner. | X | X | X | 3,405.87 |
| ACCOUNT NO.<br>**Peterson Moving Company**<br>**2037-2039 N. Major Avenue**<br>**Chicago, IL 60639** | X | | Outstanding debt related to Office Furniture On Budget, Inc. | X | X | X | 1,527.00 |

Sheet no. __24__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 15,979.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Semberecki, Grazyna B**                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4185-3401-0262-6081** <br><br> **Plains Commerce Bank** <br> **PO Box 5511** <br> **Sioux Falls, SD 57117-5511** | | | **Oustanding credit card debt.** | | | | 5,165.80 |
| ACCOUNT NO. **10389884** <br><br> **Public Storage** <br> **440 E St Charles Rd** <br> **Carol Stream, IL 60188-2116** | X | | **Outstanding debts for storage facility unit. This unit A041 was leased under the name of Office Furniture On Budget, Inc.** | X | X | X | 799.87 |
| ACCOUNT NO. <br><br> **Merchants & Medical Credit Corp.** <br> **For Public Storage** <br> **6324 Taylor Dr** <br> **Flint, MI 48507-4685** | | | **Assignee or other notification for:** <br> **Public Storage** | | | | |
| ACCOUNT NO. **10969058** <br><br> **Public Storage** <br> **499 Phillips Ct** <br> **Carol Stream, IL 60188-2170** | | | **Debt associated with personal storage space.** | | | | 761.93 |
| ACCOUNT NO. **10386222** <br><br> **Public Storage** <br> **440 E St Charles Rd** <br> **Carol Stream, IL 60188-2116** | | | **Debt associated with personal storage space.** | | | | 740.13 |
| ACCOUNT NO. **10420731** <br><br> **Public Storage** <br> **499 Phillips Ct** <br> **Carol Stream, IL 60188-2170** | | | **Debt associated with personal storage space.** | | | | 437.03 |
| ACCOUNT NO. **185455** <br><br> **Rauch-Milliken International, Inc.** <br> **4400 Trenton St Ste A** <br> **Metairie, LA 70006-6550** | X | | **Outstanding debt associated with Office Furniture On Budget, Inc.** | X | X | X | 33,180.59 |

Sheet no. **25** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **41,085.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Semberecki, Grazyna B** _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Office Star Products<br>1901 S Archibald Ave<br>Ontario, CA  91761-8548** | | | **Assignee or other notification for:<br>Rauch-Milliken International, Inc.** | | | | |
| ACCOUNT NO.<br>**Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA  70011-8390** | | | **Assignee or other notification for:<br>Rauch-Milliken International, Inc.** | | | | |
| ACCOUNT NO.<br>**Weltman, Weinberg & Reis Co., L.P.A<br>For Rauch-Milliken International, Inc.<br>175 S 3rd St Ste 900<br>Columbus, OH  43215-5166** | | | **Assignee or other notification for:<br>Rauch-Milliken International, Inc.** | | | | |
| ACCOUNT NO. **55963**<br>**Regency, Inc.<br>2375 Romig Rd<br>Akron, OH  44320-3824** | X | | **Outstanding debt associated with Office Furniture On Budget, Inc.  Lawsuit filed in the Court of Common Pleas, Summit County, Ohio on February 15, 2008 against Office Furniture on Budget, Inc. Debtor is not named as an individual defendant and no judgment was entered against Debtor.** | X | X | X | **42,025.09** |
| ACCOUNT NO.<br>**Stark and Knoll<br>For Regency, Inc.<br>3475 Ridgewood Rd<br>Fairlawn, OH  44333-3163** | | | **Assignee or other notification for:<br>Regency, Inc.** | | | | |
| ACCOUNT NO.<br>**Rent-A-Center, Inc.<br>1022 N Farnsworth Ave<br>Aurora, IL  60505-2008** | X | | **Amount claimed due for rented furniture. Replevin lawsuit was filed in the Circuit Court of the 18th Judicial Circuit in DuPage County, Illinois, case no. 08 LM 001675. Account Numbers 67418263, 67418264, 67418265, 67417898 and 67417899.** | X | X | X | **1,434.23** |
| ACCOUNT NO.<br>**Hermanek And Gara, P.C.<br>For Rent-A-Center<br>8 W Monroe Street, Suite 809<br>Chicago, IL  60603-2449** | | | **Assignee or other notification for:<br>Rent-A-Center, Inc.** | | | | |

Sheet no. **26** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **43,459.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.   Case 09-06636   Doc 1   Filed 02/27/09   Entered 02/27/09 16:31:20   Desc Main
Document   Page 43 of 69

IN RE Semberecki, Grazyna B
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **34353193** <br> **Resurrection Health Care** <br> **Holy Family Medical Center** <br> **100 N River Rd** <br> **Des Plaines, IL 60016-1278** | | | **Medical expenses incurred by debtor in 2001.** | | | | **1,116.00** |
| ACCOUNT NO. <br> **Rosner Home Health Care, Inc.** <br> **4101 Main St** <br> **Skokie, IL 60076-2753** | X | | **Furniture order associated with Office Furniture on Budget, Inc.** | X | X | X | **2,610.00** |
| ACCOUNT NO. **847-806-2996** <br> **SBC Ameritech** <br> **Bankruptcy Department** <br> **PO Box 765** <br> **Arlington, TX 76004-0765** | | | **Oustanding phone expenses.** | | | | **1,448.47** |
| ACCOUNT NO. <br> **Omnium Worldwide** <br> **For SBC/Ameritech** <br> **7171 Mercy Rd** <br> **Omaha, NE 68106-2620** | | | **Assignee or other notification for:** <br> **SBC Ameritech** | | | | |
| ACCOUNT NO. <br> **SBC Ameritech** <br> **Bill Payment Center** <br> **Chicago, IL 60663-0001** | | | **Assignee or other notification for:** <br> **SBC Ameritech** | | | | |
| ACCOUNT NO. **847-734-8344** <br> **SBC Ameritech** <br> **Bankruptcy Department** <br> **PO Box 765** <br> **Arlington, TX 76004-0765** | | | **Outstanding phone expenses.** | | | | **413.43** |
| ACCOUNT NO. <br> **Allied Interstate** <br> **For SBC/Ameritech** <br> **PO Box 361774** <br> **Columbus, OH 43236-1774** | | | **Assignee or other notification for:** <br> **SBC Ameritech** | | | | |

Sheet no. __27__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,587.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 09-06636    Doc 1    Filed 02/27/09    Entered 02/27/09 16:31:20    Desc Main
Document    Page 44 of 69

IN RE Semberecki, Grazyna B
                        Debtor(s)                                Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8477348344154**<br>**SBC c/o AT&T**<br>**Bankruptcy Department**<br>**PO Box 769**<br>**Arlington, TX  76004-0769** | | | Phone services for debtor. | | | | 267.91 |
| ACCOUNT NO.<br>**Allied Interstate, Inc.**<br>**For SBC Ameritech**<br>**3000 Corporate Exchange Dr**<br>**Columbus, OH  43231-7689** | | | Assignee or other notification for:<br>SBC c/o AT&T | | | | |
| ACCOUNT NO. **11-5000701752**<br>**Sears Premier Card**<br>**PO Box 182149**<br>**Columbus, OH  43218-2149** | | | Oustanding credit card debt. | | | | 7,060.00 |
| ACCOUNT NO.<br>**LVNV Funding LLC**<br>**For Sears**<br>**PO Box 10497**<br>**Greenville, SC  29603-0497** | | | Assignee or other notification for:<br>Sears Premier Card | | | | |
| ACCOUNT NO.<br>**Sears Credit Cards**<br>**PO Box 6189**<br>**Sioux Falls, SD  57117-6189** | | | Assignee or other notification for:<br>Sears Premier Card | | | | |
| ACCOUNT NO.<br>**Shalamar East Apartments**<br>**2206 S Goebbert Rd**<br>**Arlington Heights, IL  60005-4280** | | | Back rent and fees on apartment located at 2206 S. Goebbert Road, Apt. 210, Arlington Heights, IL 60005. | | | | 2,800.00 |
| ACCOUNT NO. **4121-7424-1417-9450**<br>**Sherman Acquisitions, LLC**<br>**15 S Main St Ste 600**<br>**Greenville, SC  29601-2768** | | | Oustanding credit card debt.  Original debtor was Capital One. | | | | 503.90 |

Sheet no. __28__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                     (Total of this page)   $ **10,631.81**

                                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Semberecki, Grazyna B**                                                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Capital Management Services, LP**<br>**For Sherman Acquisitions, LLC**<br>**726 Exchange St Ste 700**<br>**Buffalo, NY  14210-1464** | | | Assignee or other notification for:<br>Sherman Acquisitions, LLC | | | | |
| ACCOUNT NO.<br><br>**Sherman Acquisitions**<br>**PO Box 0569**<br>**Evansville, IN  47704-0569** | | | Assignee or other notification for:<br>Sherman Acquisitions, LLC | | | | |
| ACCOUNT NO.<br><br>**VanRu International**<br>**For Sherman Acquisitions**<br>**1350 E Touhy Ave Ste 300E**<br>**Des Plaines, IL  60018-3307** | | | Assignee or other notification for:<br>Sherman Acquisitions, LLC | | | | |
| ACCOUNT NO. **000040F9**<br><br>**Source One Staffing**<br>**136 W Washington St**<br>**West Chicago, IL  60185-2803** | X | | **Outstanding debt associated with temporary staffing needs for Office Furniture On Budget, Inc.** | X | X | X | 321.60 |
| ACCOUNT NO.<br><br>**SS Peter And Paul Parish**<br>**36 N Ellsworth St**<br>**Naperville, IL  60540-4619** | | | **Debt associated with religious education for debtor's son.** | | | | 160.00 |
| ACCOUNT NO. **218630**<br><br>**Subrogation Division, Inc.**<br>**Claim Number: 218630**<br>**136 S Main St**<br>**Spanish Fork, UT  84660-2033** | X | | **Claim for auto damages to vehicle owned by Claretian Fathers due to auto accident on February 26, 2007 involving truck driven by George Honiotes, an employee of European Art, Inc. n/k/a Office Furniture On Budget, Inc.** | X | X | X | 1,600.00 |
| ACCOUNT NO.<br><br>**ELCO Administrative Services**<br>**PO Box 99**<br>**Lombard, IL  60148-0099** | | | Assignee or other notification for:<br>Subrogation Division, Inc. | | | | |

Sheet no.   **29** of   **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **2,081.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**                                                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Supervalu/Jewel-Osco** 11840 Valley View Rd Eden Prairie, MN 55344-3643 | X | | Debt associated with Office Furniture On Budget, Inc. | X | X | X | 25.00 |
| ACCOUNT NO. **Certegy Payment Recovery Systems, Inc.** For Jewell-Osco 3500 5th St Northport, AL 35476-4723 | | | Assignee or other notification for: Supervalu/Jewel-Osco | | | | |
| ACCOUNT NO. **Supervalu/Jewel** 1955 W North Ave Melrose Park, IL 60160-1131 | | | Assignee or other notification for: Supervalu/Jewel-Osco | | | | |
| ACCOUNT NO. **2147** **Tender Loving Care Medical** P.O. Box 3094 Carol Stream, IL 60132-3094 | | | Medical expenses incurred by debtor in 2007. | | | | 131.00 |
| ACCOUNT NO. **Malcolm S. Gerald & Associates, Inc.** For Tender Loving Care Medical 332 S Michigan Ave Ste 600 Chicago, IL 60604-4318 | | | Assignee or other notification for: Tender Loving Care Medical | | | | |
| ACCOUNT NO. **TLC Medical Group** 1400 Lincoln Hwy Ste A Saint Charles, IL 60174-3580 | | | Assignee or other notification for: Tender Loving Care Medical | | | | |
| ACCOUNT NO. **1001338** **Total Gym Fitness, LLC** Payment Processing 1230 American Blvd West Chester, PA 19380-4268 | | | Outstanding fitness expenses. | | | | 1,547.25 |

Sheet no. **30** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,703.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____    Case No. _____
            Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **560618SMBR** <br> **Travel And Leisure** <br> **P.O. Box 62705** <br> **Tampa, FL  33662-7058** | | | Outstanding debt for magazine subscription. | | | | **19.95** |
| ACCOUNT NO. **R212926** <br> **U-Haul International** <br> **Payment Processing** <br> **PO Box 21501** <br> **Phoenix, AZ  85036-1501** | X | | Debt is associated with Office Furniture On Budget, Inc. | X | X | X | **437.75** |
| ACCOUNT NO. <br> **Law Offices Of Bennett & DeLoney** <br> **For U-Haul** <br> **PO Box 190** <br> **Midvale, UT  84047-0190** | | | Assignee or other notification for: <br> U-Haul International | | | | |
| ACCOUNT NO. <br> **Ulett & Associates, Inc.** <br> **236 Howard Ave** <br> **Des Plaines, IL  60018-1906** | X | | Outstanding expenses associated with Office Furniture On Budget, Inc. | X | X | X | **1,094.35** |
| ACCOUNT NO. <br> **Ultimate Mortgage** <br> **7542 W Addison St** <br> **Chicago, IL  60634-3233** | X | | Furniture sales associated with Office Furniture on Budget, Inc. | X | X | X | **650.00** |
| ACCOUNT NO. **3000741898** <br> **Uni-Source Office Furniture Parts, Inc.** <br> **PO Box 81306** <br> **Rochester, MI  48308-1306** | X | | Delinquent balance owed.  Debt associated with European Art, Inc. d/b/a Office Furniture On Budget, Inc. on or about April 2007. | X | X | X | **3,846.30** |
| ACCOUNT NO. <br> **Unisource** <br> **7377 Expressway Dr SW Ste D** <br> **Grand Rapids, MI  49548-7980** | | | Assignee or other notification for: <br> Uni-Source Office Furniture Parts, Inc. | | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no.  **31**  of  **34**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,048.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Semberecki, Grazyna B**           Case No. _____

Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Voss, Michaels, Lee & Associates, Inc.** <br> PO Box 1829 <br> Holland, MI 49422-1829 | | | Assignee or other notification for: <br> Uni-Source Office Furniture Parts, Inc. | | | | |
| ACCOUNT NO. **198Y13** <br> **UPS** <br> Lockbox 577 <br> Carol Stream, IL 60132-0577 | X | | Outstanding freight expenses associated with Office Furniture On Budget, Inc. | X | X | X | 212.67 |
| ACCOUNT NO. <br> **Debt Alert-For UPS** <br> 4836 Brecksville Road <br> PO Box 539 <br> Richfield, OH 44286-9619 | | | Assignee or other notification for: <br> UPS | | | | |
| ACCOUNT NO. <br> **RMS** <br> For UPS <br> PO Box 20543 <br> Lehigh Valley, PA 18002-0543 | | | Assignee or other notification for: <br> UPS | | | | |
| ACCOUNT NO. **40568651** <br> **UPS Freight** <br> 28013 Network Place <br> Chicago, IL 60673-1280 | X | | Outstanding freight expenses incurred from 10/23/07 through 02/26/08 associated with Office Furniture On Budget, Inc. | X | X | X | 5,066.38 |
| ACCOUNT NO. **Multiple** <br> **UPS Freight** <br> 28013 Network Place <br> Chicago, IL 60673-1280 | X | | Outstanding freight expenses associated with Office Furniture On Budget, Inc. account numbers 09045352, 20125000 and 03436952. | X | X | X | 256.60 |
| ACCOUNT NO. **712958153** <br> **US Cellular** <br> P.O. Box 0203 <br> Palatine, IL 60055-0203 | X | | Outstanding phone expenses associated with Office Furniture On Budget, Inc. | X | X | X | 936.67 |

Sheet no. **32** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,472.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Semberecki, Grazyna B** _____   Case No. _____
Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **138644-01** <br> **Value City Furniture** <br> **240 W Lake St** <br> **Addison, IL  60101-2513** | | | **Debt owed for personal furniture.** | | | | **1,309.72** |
| ACCOUNT NO. **028556672400001** <br> **Verizon Wireless** <br> **26935 Northwestern Hwy Ste 100** <br> **Southfield, MI  48033-8449** | | | **Outstanding debt for cellular phone expenses.** | | | | **287.00** |
| ACCOUNT NO. <br> **Verizon Wireless** <br> **PO Box 25505** <br> **Lehigh Valley, PA  18002-5505** | | | **Assignee or other notification for:** <br> **Verizon Wireless** | | | | |
| ACCOUNT NO. <br> **Verizon Wireless** <br> **777 Big Timber Rd** <br> **Elgin, IL  60123-1488** | | | **Assignee or other notification for:** <br> **Verizon Wireless** | | | | |
| ACCOUNT NO. <br> **Verizon Wireless** <br> **PO Box 26055** <br> **Minneapolis, MN  55426-0055** | | | **Assignee or other notification for:** <br> **Verizon Wireless** | | | | |
| ACCOUNT NO. **1001134873** <br> **Village Of Arlington Heights** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL  60099-5105** | | | **Village stickers.** | | | | **65.00** |
| ACCOUNT NO. <br> **Armor Systems Corporation** <br> **For Village Of Arlington Heights** <br> **2322 N Green Bay Rd** <br> **Waukegan, IL  60087-4209** | | | **Assignee or other notification for:** <br> **Village Of Arlington Heights** | | | | |

Sheet no. **33** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,661.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1001737876**<br><br>**Village Of Arlington Heights**<br>**1700 Kiefer Dr Ste 100**<br>**Zion, IL  60099-5105** | | | Ambulance service for debtor's mother. | | | | 150.00 |
| ACCOUNT NO. **20670 and 303-0140-00-00**<br><br>**Village Of Carol Stream**<br>**500 N Gary Ave**<br>**Carol Stream, IL  60188-1899** | X | | Outstanding water and sewer utility expenses owed to Village.  Debt associated with Office Furniture On Budget, Inc. | X | X | X | 166.61 |
| ACCOUNT NO.<br><br>**Wayne Wuebbels & Associates**<br>**307 Franklin Street**<br>**PO Box 186**<br>**Scales Mound, IL  61075-0186** | X | | Debt related to payroll processing and tax preparation for Office Furniture on Budget, Inc. and debtor.  Majority of debt related to business. | X | X | X | 497.50 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **34** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **814.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **323,569.27**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Semberecki, Grazyna B**  _____  Case No. _____
                  Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Community Property Management Corp. Managing Agent For Willow Lakes Apts. 2809 Butterfield Rd Ste 200 Oak Brook, IL  60523-1151** | **Apartment lease for 21W551 North Avenue, Apt. 209, Lombard, IL  60148.  Lease ends in September 2009.  Debtor has been evicted from the premises as of 2/17/09.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Semberecki, Grazyna B**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **European Art, Inc.**<br>**c/o David J. Boersma, Registered Agent**<br>**1776A S Naperville Road, Suite 200**<br>**Wheaton, IL  60189-5843** | **Rent-A-Center, Inc.**<br>**1022 N Farnsworth Ave**<br>**Aurora, IL  60505-2008**<br><br>**Charter One Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019**<br><br>**Uni-Source Office Furniture Parts, Inc.**<br>**PO Box 81306**<br>**Rochester, MI  48308-1306**<br><br>**EBay**<br>**P.O. Box 2179**<br>**Carol Stream, IL  60132-2179**<br><br>**PayPal**<br>**2211 N 1st St**<br>**San Jose, CA  95131-2021**<br><br>**Hinckley Springs**<br>**PO Box 660579**<br>**Dallas, TX  75266-0579**<br><br>**Glendale Currency Exchange**<br>**1225 Glen Ellyn Rd**<br>**Glendale Heights, IL  60139-3110**<br><br>**Pentech Financial**<br>**P.O. Box 712492**<br>**Cincinnati, OH  45271-2492** |
| **Office Furniture On Budget, Inc.**<br>**c/o David J. Boersma, Registered Agent**<br>**1776A S Naperville Road, Suite 200**<br>**Wheaton, IL  60189-5843** | **Juliette Chihade**<br>**PO Box 121**<br>**Decatur, IL  62525-0121**<br><br>**State of Illinois**<br>**Department Of Employment Security**<br>**33 S State Street**<br>**Chicago, IL  60603-2802**<br><br>**Caruso Management Group**<br>**800 W 5th Ave Ste 110B**<br>**Naperville, IL  60563-4924**<br><br>**Rauch-Milliken International, Inc.**<br>**4400 Trenton St Ste A**<br>**Metairie, LA  70006-6550**<br><br>**Rent-A-Center, Inc.**<br>**1022 N Farnsworth Ave** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
             Debtor(s)

Case No. _____
      (If known)

Case 09-06636   Doc 1   Filed 02/27/09   Entered 02/27/09 16:31:20   Desc Main
Document   Page 53 of 69

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Aurora, IL 60505-2008 |
| | **Public Storage**<br>440 E St Charles Rd<br>Carol Stream, IL 60188-2116 |
| | **Charter One Bank**<br>1 Citizens Dr<br>Riverside, RI 02915-3019 |
| | **Budget Truck Rental LLC**<br>6 Sylvan Way<br>Parsippany, NJ 07054-3826 |
| | **American Family Insurance Group**<br>Accounts Receivable<br>6000 American Parkway<br>Madison, WI 53783-0001 |
| | **Uni-Source Office Furniture Parts, Inc.**<br>PO Box 81306<br>Rochester, MI 48308-1306 |
| | **Rosner Home Health Care, Inc.**<br>4101 Main St<br>Skokie, IL 60076-2753 |
| | **Fox Valley Currency Exchange**<br>Re: Check 5269 From M. Rodriguez<br>376 S Route 59 Ste 104<br>Naperville, IL 60540-9106 |
| | **Patriot Staffing, Inc.**<br>2607 W 22nd St Ste 40<br>Oak Brook, IL 60523-4634 |
| | **Pentech Financial**<br>P.O. Box 712492<br>Cincinnati, OH 45271-2492 |
| | **Kal & Koeppel**<br>725 E Irving Park Rd Ste D<br>Roselle, IL 60172-2355 |
| | **Cherryman Industries**<br>1420 E Victoria St<br>Carson, CA 90746-7499 |
| | **New Century Transportation, Inc.**<br>45 E Park Dr<br>Mount Holly, NJ 08060-5123 |
| | **Allied Waste Services, #933**<br>PO Box 900154<br>Louisville, KY 40290-1154 |
| | **Deluxe Business Checks And Solutions**<br>P.O. Box 742572 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Semberecki, Grazyna B** _____    Case No. _____
     Debtor(s)                                                         (If known)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Cincinnati, OH  45274-2572 |
| | **US Cellular**<br>P.O. Box 0203<br>Palatine, IL  60055-0203 |
| | **Regency, Inc.**<br>2375 Romig Rd<br>Akron, OH  44320-3824 |
| | **Bruce Packaging**<br>8131 Ridgeway Ave<br>Skokie, IL  60076-3352 |
| | **Ice Mountain Spring Water**<br>PO Box 856680<br>Louisville, KY  40285-6680 |
| | **Continental Western Insurance Company**<br>PO Box 59143<br>Minneapolis, MN  55459-0143 |
| | **ComEd Company**<br>Customer Care Center, Attn: Revenue<br>Management Dept., 2100 Swift Drive<br>Oak Brook, IL  60523 |
| | **Village Of Carol Stream**<br>500 N Gary Ave<br>Carol Stream, IL  60188-1899 |
| | **UPS Freight**<br>28013 Network Place<br>Chicago, IL  60673-1280 |
| | **UPS Freight**<br>28013 Network Place<br>Chicago, IL  60673-1280 |
| | **NDI Wholesale**<br>Nashville Desk, Inc.<br>PO Box 534453<br>Atlanta, GA  30353-4453 |
| | **ABCO Office Furniture**<br>4121 Rushton St<br>Florence, AL  35630-6374 |
| | **Bestar, Inc.**<br>4220, Villeneuve<br>Lac-Megantic, QC  G6B 2C3 |
| | **Fifth Third Bank**<br>P.O. Box 740789<br>Cincinnati, OH  45274-0789 |
| | **Mid-Continent Office Distributors**<br>2900 Fairfax Trafficway |

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**                          Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | PO Box 15017<br>Kansas City, KS  66115-0017<br><br>Barr Management<br>6408 N Western Ave<br>Chicago, IL  60645-5422<br><br>Ls1 Speed, Inc.<br>803C Albion Ave<br>Schaumburg, IL  60193-4522<br><br>Doane-Keyes Associates, Inc.<br>PO Box 297<br>Peru, IN  46970-0297<br><br>Marcelo And Pliar Rodriguez<br>25669 N Hillview Ct<br>Mundelein, IL  60060-9436<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA  19114-0326<br><br>George Honiotes<br>2400 Island Dr<br>Morris, IL  60450-7300<br><br>Subrogation Division, Inc.<br>Claim Number: 218630<br>136 S Main St<br>Spanish Fork, UT  84660-2033<br><br>Frank Properties<br>C/O William Frank<br>17918 Hood Ave<br>Homewood, IL  60430-1911<br><br>UPS<br>Lockbox 577<br>Carol Stream, IL  60132-0577<br><br>EBay<br>P.O. Box 2179<br>Carol Stream, IL  60132-2179<br><br>PayPal<br>2211 N 1st St<br>San Jose, CA  95131-2021<br><br>U-Haul International<br>Payment Processing<br>PO Box 21501<br>Phoenix, AZ  85036-1501<br><br>New Haven Moving Equipment<br>PO Box 7007<br>Fredericksburg, VA  22404-7007 |

B6H (Official Form 6H) (12/07) - Cont.

IN RE Semberecki, Grazyna B

Debtor(s)

Case No. _____

(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Wayne Wuebbels & Associates**<br>**307 Franklin Street**<br>**PO Box 186**<br>**Scales Mound, IL  61075-0186**<br><br>**DuPage Wireless, Inc.**<br>**6N331 Keeney Rd**<br>**Roselle, IL  60172-3204**<br><br>**Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL  60568-0001**<br><br>**GARCO**<br>**1009 Branch Dr**<br>**Alpharetta, GA  30004-3392**<br><br>**Source One Staffing**<br>**136 W Washington St**<br>**West Chicago, IL  60185-2803**<br><br>**CDS Moving Equipment, Inc.**<br>**700 Pratt Blvd**<br>**Elk Grove Village, IL  60007-5115**<br><br>**Corporate Installations, Illinois**<br>**306 Terrace Dr**<br>**Mundelein, IL  60060-3836**<br><br>**Hoy**<br>**PO Box 4474**<br>**Chicago, IL  60680-4474**<br><br>**Peterson Moving Company**<br>**2037-2039 N. Major Avenue**<br>**Chicago, IL  60639**<br><br>**Ulett & Associates, Inc.**<br>**236 Howard Ave**<br>**Des Plaines, IL  60018-1906**<br><br>**DS Waters Of North America**<br>**5660 New Northside Dr NW Ste 500**<br>**Atlanta, GA  30328-5826**<br><br>**Home Depot**<br>**295 E Army Trail Rd**<br>**Glendale Heights, IL  60139-1754**<br><br>**Supervalu/Jewel-Osco**<br>**11840 Valley View Rd**<br>**Eden Prairie, MN  55344-3643**<br><br>**Associated Currency Exchanges**<br>**Attn: Joseph Johnson**<br>**Austin and Archer C.E. Inc-Window 42C**<br>**Chicago, IL  60638** |

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Gary Avenue CX**<br>365 N Gary Ave<br>Carol Stream, IL  60188-1821<br><br>**Hinckley Springs**<br>PO Box 660579<br>Dallas, TX  75266-0579<br><br>**Pentech Financial**<br>P.O. Box 712492<br>Cincinnati, OH  45271-2492<br><br>**Illinois Department Of Revenue**<br>Bankruptcy Section, Level 7-425<br>100 W Randolph St<br>Chicago, IL  60601-3218<br><br>**Office Star Products**<br>Attn:  Credit Department<br>1901 S Archibald Ave<br>Ontario, CA  91761-8548<br><br>**Michael Kiefer**<br>6607 Cobblestone Lane<br>Long Grove, IL  60047-5164<br><br>**PCB Libraries, Inc.**<br>and Nick Ban<br>701 Lee St Ste 840<br>Des Plaines, IL  60016-4550<br><br>**American Family Insurance Group**<br>C/O Pilar Rodriguez-Lorenzo<br>14 Briar Creek Dr<br>Hawthorn Woods, IL  60047-8418<br><br>**Amanda Clore**<br>Powermation<br>581 N Edgewood Ave<br>Wood Dale, IL  60191-2600<br><br>**IT Siren, Inc.**<br>C/O Michael Aranovich<br>1110 Larkin Dr<br>Wheeling, IL  60090-6415<br><br>**Barone Law Office**<br>635 Butterfield Rd<br>Oakbrook Terrace, IL  60181-4002<br><br>**Jerry Monteleone**<br>4840 N Greenwood Ave<br>Norridge, IL  60706-2930<br><br>**J & J Flores Landscaping, Inc.**<br>2830 Hillsboro Ln<br>Lake In the Hills, IL  60156-6309 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Semberecki, Grazyna B**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Kam Group, Inc.**<br>**C/O May Zheng**<br>**486 W North Frontage Rd**<br>**Bolingbrook, IL 60440-4904**<br><br>**Grand Suburu**<br>**C/O Ryan Drouin**<br>**125 W Grand Ave # 630**<br>**Bensenville, IL 60106-3327**<br><br>**Benefitdecisions, Inc.**<br>**C/O Sheila Billingsley**<br>**125 S Wacker Dr Ste 2075**<br>**Chicago, IL 60606-4416**<br><br>**Ultimate Mortgage**<br>**7542 W Addison St**<br>**Chicago, IL 60634-3233**<br><br>**AFLAC**<br>**C/O Joanna Nasca**<br>**303 W Erie St Ste 400**<br>**Chicago, IL 60654-3972**<br><br>**American Institute**<br>**C/O Nicole Oliveros**<br>**326 Emerald Dr**<br>**Streamwood, IL 60107-1269** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Semberecki, Grazyna B                                    Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **Son** | AGE(S): **12** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Associate** | |
| Name of Employer | **None** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                     DEBTOR        SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ _____ |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **542.00** | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ **542.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **542.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                     $ _____ **542.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **Debtor hopes to become employed in 2009.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Semberecki, Grazyna B                                    Case No. _____
          _____
                    Debtor(s)                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 899.00 |
| a. Are real estate taxes included?    Yes ____ No ✓ | | |
| b. Is property insurance included?    Yes ____ No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 50.00 |
| b. Water and sewer | $ | |
| c. Telephone | $ | 50.00 |
| d. Other **Internet/Cable TV** | $ | 50.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 120.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | 70.00 |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 500.00 |
| b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other **See Schedule Attached** | $ | 215.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.          $ **2,514.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

### 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 542.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,514.00 |
| c. Monthly net income (a. minus b.) | $ | -1,972.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Semberecki, Grazyna B** _____    Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses

| | |
|---|---:|
| **License City Sticker** | **10.00** |
| **Newspaper, Books, Magazines** | **10.00** |
| **Debtor's Grooming/Hygiene** | **20.00** |
| **Child's Grooming/Hygiene** | **20.00** |
| **Child's Allowance** | **20.00** |
| **Child's Activities** | **45.00** |
| **Child's Tuition, Books And Fees** | **35.00** |
| **Child's Lunch Money** | **35.00** |
| **Child's Lessons And Supplies** | **20.00** |
| **Child's Activities** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Semberecki, Grazyna B**                                                                    Case No. _____
_____                                          _____
                    Debtor(s)                                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **56** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 11, 2009** _____    Signature: **/s/ Gina B Semberecki** _____
                                                                    **Gina B Semberecki**                                    Debtor

Date: _____    Signature: _____
                                                                                                            (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                    _____
                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                          Case No. _____

Semberecki, Grazyna B _____    Chapter **7** _____
                                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
12,695.00  **2006 gross employment income.**

5,279.00  **2007 gross employment income.**

5,000.00  **2008 gross employment income.**

**Amount is estimated.  Debtor's 2008 personal and business tax returns have not been prepared due to lack of funds.**

0.00  **2009 year to date gross employment income.**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☐   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
3,000.00  **2006 child support payments.**

3,000.00  **2007 child support payments.**

4,000.00  **2008 child support payments.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other

[✓] debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately

[✓] preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors

[✓] who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this

[ ] bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cherryman Industries, Inc. v. Office Furniture On Budget, Inc. Case Number: 2008 SR 000374 | Breach of contract. | In the Circuit Court of DuPage County, Wheaton, Illinois | Court order for Defendant to pay $10,740.00 by 11/25/08. |
| Regency, Inc. vs. Office Furniture On Budget, Inc. Case Number: CV 2008-02-1438 | Breach of contract. | In the Court of Common Pleas; Summit County, Ohio | Judgment entered and registered in Circuit Court of DuPage County, Wheaton, IL as case no. 2008 MR 1737 |
| Doane-Keyes Associates, Inc. vs. Office Furniture On Budget, Inc. Case Number: 2007 AR 002188 | Breach of Contract | In the Circuit Court of DuPage County, Wheaton, IL | Judgment entered on 1/11/08 for $19,999.21 plus $320 in court costs |
| Rent-A-Center, Inc. v. Gina B. Semberecki Case Number: 2008 LM 001675 | Replevin action for rented furniture | In the Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois | Order for replevin issued June 19, 2008. |
| Delaware Place Bank vs Gina B. Semberecki a/k/a Grazyna B. Semberecki, Case No. 2008 LM 2016 | Replevin of 2004 Isuzu Axion Automobile and breach of contract | Circuit Court of DuPage County, Wheaton, Illinois | Pending.  Vehicle repossessed on 10/15/08. |
| Abdul Kadir Dada vs. Gina Semberecki Case Number: 2008 LM 1218 | Breach of Lease for 925 Canyon Run Road, Naperville, IL | Circuit Court of DuPage County, Wheaton, IL | Judgment entered for $1399 on 4/24/08 |
| Community Property Management Corp. vs. Grazyna B. Semberecki, 2009 LM 38 | Eviction lawsuit | Circuit Court of the Eighteenth Judicial Circuit, County of DuPage, Wheaton, Illinois | Judgment entered by Agreed Order in the amount of $3,177.00 on 1/22/09. |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding

[✓] the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to

[ ] the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Delaware Place Bank**<br>**190 E Delaware Place**<br>**Chicago, IL  60611-1813** | **10/15/2008** | **2004 Isuzu Axiom automobile**<br>**Value: $12,000** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David J. Boersma**<br>**Law Office of David J. Boersma**<br>**1776A S Naperville Road, Suite 200**<br>**Wheaton, IL  60189-5843** | **2/11/2009 by Andrew Semberecki** | **1,200.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Charter One Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3000** | **Business Checking Ending in 1527 and Payroll Account Ending in 1454 and a Personal Account Ending in 6923.** | **All closed in Fall 2008** |
| **West Suburban Bank** | **European Art, Inc. and Office** | **Closed 12/18/07.  Amount: $12,611.48** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 1657 Bloomingdale Rd<br>Glendale Heights, IL 60139-2656 | Furniture on Budget, Inc. business<br>checking account ending in 7575. | |
| **TCF Bank**<br>800 Burr Ridge Pkwy<br>Burr Ridge, IL 60527-6486 | **Business checking account<br>#4439151378.** | **06/12/2008 $1,002.27. Opened and<br>deposited into a new TCF account** |
| **TCF Bank**<br>800 Burr Ridge Pkwy<br>Burr Ridge, IL 60527-6486 | **Personal checking account<br>#4876835036** | **11/24/08. ($81.00)** |
| **TCF Bank**<br>800 Burr Ridge Pkwy<br>Burr Ridge, IL 60527-6486 | **Personal savings account<br>#7439221552.** | **Technically open. Zero balance due<br>to below minimum balance services<br>fees** |

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| 21W551 North Avenue, Apt. 209<br>Lombard, IL 60148 | Gina Semberecki | 9/1/08-Present |
| 2849 N. Rockwell Street, 1st Floor<br>Chicago, IL 60618 | Gina Semberecki | 6/1/08-9/1/08 |
| 925 N. Canyon Run Road<br>Naperville, IL 60565 | Gina Semberecki | 6/1/07-5/27/08 |
| 2086 Muirfield Circle<br>Elgin, IL 60123 | Gina Semberecki | 6/1/06-5/30/07 |
| XXX S. Goebbert<br>Arlington Heights, IL | Gina Semberecki | 06/01/04-05/30/06 |

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Office Furniture On Budget, Inc.** | **01-0582078** | **326 Saint Paul Blvd Carol Stream, IL 60188-1852** | **Office Furniture Sales** | **08/13/07-09/15/08** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Gina B. Semberecki**            **May be missing some reports due to numerous moves.**
**21W551 North Ave Apt 209**
**Lombard, IL 60148-6800**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☑ within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

## 21. Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑ or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

## 24. Tax Consolidation Group

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

Date: **February 11, 2009**            Signature  */s/ Gina B Semberecki*
                                        of Debtor                                    **Gina B Semberecki**

Date: _____            Signature  _____
                                        of Joint Debtor
                                        (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                      Case No. _____

**Semberecki, Grazyna B** _____ Chapter **7** _____

<div align="center">Debtor(s)</div>

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**901.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**599.00**

2. The source of the compensation paid to me was: ☐ Debtor  ☑ Other (specify): **Andrew Semberecki**

3. The source of compensation to be paid to me is: ☐ Debtor  ☑ Other (specify): **Gina and Andrew Semberecki**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Any additional attorney services are billed at the rate of $165.00 per hour.**

<div style="writing-mode: vertical;">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

---

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**February 11, 2009**_____            _/s/ David J Boersma_____
<div align="center">Date</div>                                 **David J Boersma 06180071**
                                          **Law Office of David J. Boersma**
                                          **1776-A S. Naperville Road Suite 200**
                                          **Wheaton, IL  60189-5843**
                                          **(630) 653-5000  Fax: (630) 653-5083**